# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148812

LINDA MCINTIRE,
                Plaintiff-Appellant,

v

MICHIGAN INSTITUTE OF UROLOGY,
                Defendant-Appellee,
and

ST. JOHN HOSPITAL AND MEDICAL
CENTER,
                Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148812
COA: 311599
Wayne CC: 11-002670-CD

      On order of the Court, the application for leave to appeal the January 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

t0519